## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER VACATING ORDER** |
| | ) | **GRANTING MOTION FOR RELEASE** |
| v. | ) | **FROM CUSTODY** |
| | ) | |
| Courtney Nicole Hapip, | ) | Case No.: 1:25-cr-00254 |
| | ) | |
| Defendant. | ) | |

On April 1, 2026, Defendant filed a *Motion for Release from Custody* requesting the court permit her to attend treatment at Good Road Recovery Center's residential treatment program. (Doc. No. 48). The same day, the court granted the motion, ordering Defendant to be conditionally released to a representative of Good Road Recovery on April 9, 2026. (Doc. No. 49).

On April 9, 2026, the United States Marshal Service advised that Defendant was not picked up by Good Road Recovery as scheduled as a bed is not currently available. As such, the court's previous Order (Doc. No. 49) shall be **VACATED**. Defendant shall remain in custody pending further order of the court. Upon notification that a bed is available and transportation is arranged; Defendant may file an appropriate motion.

**IT IS SO ORDERED.**

Dated this 9th day of April, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court